IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TONY EUGENE WARDLOW**                                                                **PETITIONER**
Reg. #15072-045

v.                            CASE NO. 2:24-CV-00117-BSM

**CHAD GARRETT**                                                                        **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted. Tony Wardlow's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE