IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TONY EUGENE WARDLOW**                                                    **PETITIONER**
Reg. #15072-045

v.                          CASE NO. 2:24-CV-00117-BSM

**CHAD GARRETT**                                                            **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE